In the Matter of the Application of BAINBRIDGE COLBY, Respondent, against IMBRIE & COMPANY, LTD., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Levy, J., at Special Term. [Reported in 126 Misc. 457.] Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.; Clarke, P. J., dissents.

KELLEY-CLARKE Co., INC., Respondent, v. H. DWORKIS, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ. .

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN B. COOKE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JACK BURKE, by His Guardian ad Litem, MAYBELLE B. HOYT, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,161.15; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

PAUL SALZFASS, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

A. SIDNEY DAVISON COAL CO., INC., Appellant, v. WESTON, DODSON & CO., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

GARRY DOHERTY, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HENRY OESTREICHER, Respondent, v. JOHN B. SIMPSON and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Merrell, J., dissent.

PAUL COMPLONE, Respondent, v. FERRIS REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

EDWARD M. LEWI, Respondent, v. WILLIAM S. SUSSMAN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

LAPPERT TRADING COMPANY, INC., Respondent, v. BARTLEY MANUFACTURING COMPANY, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CLARA M. NIEMEYER, Respondent, v. CYRIL J. MONTAGUE, Appellant.— Judgment modified as indicated in order and as so modified the judgment and order appealed from affirmed, with costs to the plaintiff. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.